446 A.2d 667

Commonwealth v. Hodges, Appellant.

Reargument Denied June 23, 1982.

Petition for Allowance of Appeal Denied Sept. 16, 1982.

Sub-mitted September 9, 1981.   Elaine DeMasse, Assistant Public Defender, for appellant;   Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, POPOVICH and MONTGOMERY, JJ.

The judgment of sentence is affirmed.

445 A.2d 242

Commonwealth v. Hughes, Appellant.

Submitted March 30, 1981.   Lee S. Dennison, Assistant Public Defender, for appellant;   Gailey C. Keller, District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and HESTER and JOHNSON, JJ.

Judgment of sentence affirmed.